IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**GRAYSON BLAKE**                                                    **PLAINTIFF**

v.                     **CASE NO. 3:16CV00178 BSM**

**JERROD L. SLAYTON**                                        **DEFENDANT**

## ORDER

The parties filed a joint stipulation of dismissal. *See* Doc. No. 7. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice, with each party bearing its own costs and fees.

IT IS SO ORDERED this 8th day of March 2017.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE