IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**GRAYSON BLAKE**                                                                                      **PLAINTIFF**

**v.**                                           **CASE NO. 3:16CV00178 BSM**

**JERROD L. SLAYTON**                                                                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice, with each party bearing its own costs and fees.

IT IS SO ORDERED this 8th day of March 2017.

_____
UNITED STATES DISTRICT JUDGE